## In re FENOFIBRATE PATENT LITIGATION.

**Lupin Atlantis Holdings S.A., Plaintiff–Appellant,**

v.

**Mylan Inc. and Mylan Pharmaceuticals Inc., Defendants–Appellees,**

and

**Ethypharm, S.A., Defendant.**

No. 2013–1141.

United States Court of Appeals, Federal Circuit.

Feb. 28, 2013.

Robert F. Green, Leydig, Voit & Mayer, Ltd, of Chicago, IL, argued for plaintiff-appellant. With him on the brief were Christopher T. Griffith and Kate M. Lesciotto; and Jamaica P. Szeliga, of Washington, DC. Of counsel was Jessica M. Tyrus.

James H. Wallace, Jr., Wiley Rein LLP, of Washington, DC, argued for defendants-appellees. With him on the brief were Mark A. Pacella, Robert J. Scheffel, Claire J. Evans, Karin A. Hessler, and Adrienne G. Johnson.

PROST, MOORE, and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.